Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–12915–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dawn Marie Dimonde
  fka Dawn M. Furka
  35 N. 6th St
  Manville, NJ 08835

Social Security No.:
  xxx–xx–6740

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        4/10/19
Time:        10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

　　　　**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 13, 2019
JAN: amg

　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-12915-KCF
Dawn Marie Dimonde                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Feb 13, 2019
                              Form ID: 132             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.
```
db           +Dawn Marie Dimonde,    35 N. 6th St,    Manville, NJ 08835-1505
518024287    +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518024288    +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
518024291    +Distressed Asset Portfolio III -- 19,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
518024294    +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
518024295    +Experian,    P O Box 2002,    Allen, TX 75013-2002
518024296     First Premier Bank 19,    PO Box 5524,    Sioux Falls, SD 57117-5524
518024298    +Hyundai Motor Finance,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
518024299    +Jose M. Muniz,    35 N. 6th Ave,    Manville, NJ 08835-1505
518024300    +KLM Law Group 19,    Suite 5000,    701 Market St,    Philadelphia, PA 19106-1541
518024301    +Midland Funding 19 - Cap one/Dress barn,    2365 Northside Dr,    Ste 300,
               San Diego, CA 92108-2709
518024302     One Main Financial,    2229 JFK Blvd,    North Bergen, NJ 07047
518024305    +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518024306    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518024307     TD Bank 19,    P O Box 1377,    Lewiston, ME 04243-1377
518024308    +TransUnion,    P O Box 2000,    Chester, PA 19016-2000
518024310    +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518024309    +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2019 00:46:27      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2019 00:46:21      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518024290    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 00:56:48      Capital One,
               Po Box 30281,    Salt Lake City, UT 84130-0281
518024289    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 00:55:19      Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518024293    +E-mail/Text: bankruptcynotices@dcicollect.com Feb 14 2019 00:47:13
               Diversified Consultants, Inc.,    P O Box 551268,    Jacksonville, FL 32255-1268
518024292    +E-mail/Text: bankruptcynotices@dcicollect.com Feb 14 2019 00:47:13
               Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 551268,
               Jacksonville, FL 32255-1268
518024297    +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 14 2019 00:47:29
               Hyundai Motor Finance,    Attn: Bankruptcy,    Po Box 20829,    Fountain City, CA 92728-0829
518024303    +E-mail/PDF: cbp@onemainfinancial.com Feb 14 2019 00:56:30      OneMain Financial,
               Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
518024304    +E-mail/PDF: cbp@onemainfinancial.com Feb 14 2019 00:55:05      OneMain Financial,    Po Box 1010,
               Evansville, IN 47706-1010
                                                                                              TOTAL: 9
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Stephen M. Goldberg    on behalf of Debtor Dawn Marie Dimonde bk2notices@smgpc.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```