UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Goldberg, Esq.(smg0478)
Stephen M. Goldberg, PC
917 N. Washington Ave
Green Brook, NJ 08812
732-752-8834
stephen.goldberg@smgpc.com

In Re:

Dimonde, Dawn Marie

Case No.:    19-12915_____

Judge:       MBK_____

Chapter:            13

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   XX  Motion for Relief from the Automatic Stay filed by    PNC Bank_____ ,

    creditor,

    A hearing has been scheduled for 10/28/2020 at 9:00am_____ .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____ .

    ☐ Certification of Default filed by _____ ,

    I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____ , but have not

    been accounted for.  Documentation in support is attached.

XX Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:
  I work in the restaurant industry and was laid off due to the Covid-19. My significant other who assists with paying the household expenses works in the auto recovery industry and also had a reduction in income. We are now both back to work

XX Other **(explain your answer)**:
I have asked my attorney to propose to PNC a revised Plan to capitalize the small arrearage(approx 2 Months) to the lender.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/22/2020_____                              /s/ Dawn Marie Dimonde_____
                                                            Debtor=s Signature

Date: _____                              _____
                                                            Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*