UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC BANK, NATIONAL ASSOCIATION

**Order Filed on December 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-12915 MBK

In Re:
    Dawn Marie Dimonde

Debtor.

Adv. No.:

Hearing Date: 10/28/2020 @ 9:00 a.m.

Judge: Michael B. Kaplan

### ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 22, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Dawn Marie Dimonde
Case No:  19-12915 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF

___

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 35 North 6th Avenue, Manville, NJ, 08835, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Stephen M. Goldberg, Esq., attorney for Debtors, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that as of December 14, 2020 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2020 through December 2020 for a total post-petition default of $6,494.37 (3@ $2,164.81, $0.06 less suspense); and

       It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,494.37 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

       It is further **ORDERED, ADJUDGED and DECREED** that the debtor will submit a modified plan within twenty days of the entry of this order; and

       It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2021, directly to Secured Creditor, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

       It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

       It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and motion for relief is hereby resolved.