UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.:    19-12915
DAWN MARIE DIMONDE     Chapter:    13
    Judge:    MBK

## NOTICE OF PROPOSED PRIVATE SALE

_____Dawn Marie Dimonde_____, _____debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | United States Bankruptcy Court, Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____4/28/2021_____ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____402 E State Street, Trenton, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | Lot 4, Block 75 in the Borough of Manville, Somerset County, NJ. Street address: 35 N 6th Avenue, Manville, NJ 08835 |

| | |
|---|---|
| Proposed Purchaser: | Andrea Tomporowski |

| | |
|---|---|
| Sale price: | $363,000.00 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | | |
|---|---|---|
| Name of Professional: | Vincent Bariaua | Andrea Tomporowski |
| Amount to be paid: | 3.5% of sales price | 2.5% of sales price |
| Services rendered: | Listing Realtor Comm | Selling Realtor Commission |
| | Joseph W. Coiro, Esq. $1,500 plus estimated expenses not to exceed $500 Seller's Closing Attorney | |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Stephen M. Goldberg, PC

Address: 917 N Washington Ave, Green Brook, NJ 08812

Telephone No.: (732) 752-8834

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Dawn Marie Dimonde  
    Debtor

Case No. 19-12915-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Apr 01, 2021      Form ID: pdf905      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Marie Dimonde, 35 N. 6th Ave, Manville, NJ 08835-1505 |
| cr | + | HYUNDAI CAPITAL AMERICA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| sp | + | Joseph Coiro, Mariano & Coiro PC, 844 Easton Ave, Somerset, NJ 08873-1824 |
| r | + | Vincent Baricaua, Re/Max Our Town, 852 Easton Ave, Somerset, NJ 08873-1824 |
| 518024291 | + | Distressed Asset Portfolio III -- 19, 10625 Techwood Circle, Cincinnati, OH 45242-2846 |
| 518024294 | + | Equifax Credit Information Services, P O Box 740241, Atlanta, GA 30374-0241 |
| 518024295 | + | Experian, P O Box 2002, Allen, TX 75013-2002 |
| 518024296 | | First Premier Bank 19, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518024298 | + | Hyundai Motor Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 518024299 | + | Jose M. Muniz, 35 N. 6th Ave, Manville, NJ 08835-1505 |
| 518024300 | + | KLM Law Group 19, Suite 5000, 701 Market St, Philadelphia, PA 19106-1541 |
| 518024301 | + | Midland Funding 19 - Cap one/Dress barn, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2709 |
| 518024302 | | One Main Financial, 2229 JFK Blvd, North Bergen, NJ 07047 |
| 518024307 | | TD Bank 19, P O Box 1377, Lewiston, ME 04243-1377 |
| 518024308 | + | TransUnion, P O Box 2000, Chester, PA 19016-2000 |
| 518174805 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 01 2021 21:56:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518077080 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 01 2021 21:56:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518024287 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 01 2021 21:56:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518024288 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 01 2021 21:56:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518024289 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 00:00:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518024290 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 00:13:48 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518024309 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2021 00:14:29 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518024310 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2021 00:27:34 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518196193 | | Email/Text: bnc-quantum@quantum3group.com | Apr 01 2021 21:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518024293 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 01 2021 21:58:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 518024292 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 01 2021 21:58:00 | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 518192553 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 01 2021 21:59:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 518024297 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 01 2021 21:59:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain City, CA 92728-0829 |
| 518077957 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2021 00:01:46 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518144499 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 01 2021 21:57:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518063032 | + | Email/PDF: cbp@onemainfinancial.com | Apr 02 2021 00:26:18 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518024303 | + | Email/PDF: cbp@onemainfinancial.com | Apr 02 2021 00:12:39 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518024304 | + | Email/PDF: cbp@onemainfinancial.com | Apr 02 2021 00:26:17 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 518133996 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2021 21:56:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518024305 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2021 21:56:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518024306 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2021 21:56:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518500589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2021 00:14:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518500590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2021 00:01:25 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518076944 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 01 2021 21:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518025578 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 02 2021 00:00:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518181228 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 02 2021 00:15:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519073207 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf905 | Total Noticed: 44 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Stephen M. Goldberg | on behalf of Debtor Dawn Marie Dimonde bk2notices@smgpc.com bk2notices@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7