UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Goldberg, Esq.(smg0478)
Stephen M. Goldberg, PC
917 N. Washington Ave
Green Brook, NJ 08812
732-752-8834
stephen.goldberg@smgpc.com

In Re:

Dimonde, Dawn Marie

Case No.: 19-12915_____

Judge: MBK_____

Chapter: 13

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by    Hyundai Capital of America, creditor,

    A hearing has been scheduled for 04/06/2021 at 9:00am.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____ .

    ☐ Certification of Default filed by _____ ,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒

    XX  Other **(explain your answer)**:   I have received a letter from this creditor advising that the loan was paid in full.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 04/06/2021                                                        /s/ Dawn Marie Dimonde_____
                                                                                                                                  Debtor=s Signature

Date: _____                                _____
                                                                                                                                  Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*