UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Goldberg, Esq.(smg0478)
Stephen M. Goldberg, PC
917 N. Washington Ave
Green Brook, NJ 08812
732-752-8834
stephen.goldberg@smgpc.com

| In Re: | Case No.: | 19-12915_____ |
| | Judge: | MBK_____ |
| Dimonde, Dawn Marie | Chapter: | 13 |

## CHAPTER 13 DEBTOR S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     XX Motion for Relief from the Automatic Stay filed by     GM Financial,
creditor,

A hearing has been scheduled for 04/06/2021 at 9:00am.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ .

☐ Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons **(choose one)**:

X Payments have been made in the amount of $ $1,000.00 but have not
been accounted for.  Documentation in support is attached.

XX Other (**explain your answer**):    I expect to
make an additional payment of $500 this week
and an additional payment for $500 a month to
catch up on the arrears. Upon the sale of my
house, application pending,  I will pay the
balance of this loan in full.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 04/06/2021                                    /s/ Dawn Marie Dimonde_____
                                                    Debtor=s Signature

Date: _____                       _____
                                                    Debtor=s Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*