UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEPHEN M. GOLDBERG, PC
STEPHEN M. GOLDBERG, ESQ. (SMG0478)
917 NORTH WASHINGTON AVENUE
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834  fax (732) 968-4095
stephen.goldberg@smgpc.com
Attorneys for Debtor(s)

Order Filed on April 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
DAWN MARIE DIMONDE

| | |
|---|---|
| Case No.: | 19-12915 |
| Hearing Date: | 4/28/2021 9AM |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:   ☒ Followed    ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: April 29, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 35 N 6th Avenue, Manville, NJ _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| Name of professional: | Vincent Bariaua | Andrea Tomporowski |
|---|---|---|
| Amount to be paid: | 3.5% of sales price | 2.5% of sales price |
| Services rendered: | Listing Realtor Comm | Selling Realtor Commission |
| | Joseph W. Coiro, Esq.<br>$1,500 plus estimated expenses not to exceed $500<br>Debtor/Seller's Attorney | |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $___25,150.00___ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*