Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12915−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn Marie Dimonde
   fka Dawn M. Furka
   35 N. 6th Ave
   Manville, NJ 08835

Social Security No.:
   xxx−xx−6740

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       6/1/21
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Stephen M. Goldberg, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☑   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows: This fee will reduce the POT available for the general unsecured creditors.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 28, 2021
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dawn Marie Dimonde  
    Debtor

Case No. 19-12915-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Apr 28, 2021      Form ID: 137      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Marie Dimonde, 35 N. 6th Ave, Manville, NJ 08835-1505 |
| r | + | Andrea Tomporowski, Re/Max Premier, 60 Mountain Blvd., Warren, NJ 07059-5607 |
| cr | + | HYUNDAI CAPITAL AMERICA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| sp | + | Joseph Coiro, Mariano & Coiro PC, 844 Easton Ave, Somerset, NJ 08873-1824 |
| r | + | Vincent Baricaua, Re/Max Our Town, 852 Easton Ave, Somerset, NJ 08873-1824 |
| 518024291 | + | Distressed Asset Portfolio III -- 19, 10625 Techwood Circle, Cincinnati, OH 45242-2846 |
| 518024294 | + | Equifax Credit Information Services, P O Box 740241, Atlanta, GA 30374-0241 |
| 518024295 | + | Experian, P O Box 2002, Allen, TX 75013-2002 |
| 518024296 | | First Premier Bank 19, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518024298 | + | Hyundai Motor Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 518024299 | + | Jose M. Muniz, 35 N. 6th Ave, Manville, NJ 08835-1505 |
| 518024300 | + | KLM Law Group 19, Suite 5000, 701 Market St, Philadelphia, PA 19106-1541 |
| 518024301 | + | Midland Funding 19 - Cap one/Dress barn, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2709 |
| 518024302 | | One Main Financial, 2229 JFK Blvd, North Bergen, NJ 07047 |
| 518024307 | | TD Bank 19, P O Box 1377, Lewiston, ME 04243-1377 |
| 518024308 | + | TransUnion, P O Box 2000, Chester, PA 19016-2000 |
| 518174805 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2021 21:04:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518077080 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2021 21:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518024287 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2021 21:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518024288 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2021 21:04:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518024289 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:21:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518024290 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:22:52 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518024309 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 21:23:53 | Visa Dept Store National Bank/Macy's, Attn: |

Case 19-12915-MBK    Doc 56    Filed 04/30/21    Entered 05/01/21 00:21:50    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: 137 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518024310 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 21:22:57 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518196193 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2021 21:05:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518024293 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 28 2021 21:06:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 518024292 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 28 2021 21:06:00 | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 518192553 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 28 2021 21:06:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 518024297 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 28 2021 21:06:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain City, CA 92728-0829 |
| 518077957 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:22:58 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518144499 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2021 21:05:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518063032 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2021 21:23:43 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518024303 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2021 21:22:47 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518024304 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2021 21:23:43 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 518133996 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2021 21:04:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518024305 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2021 21:04:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518024306 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2021 21:04:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518500589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 21:22:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518500590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 21:22:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518076944 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2021 21:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518025578 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:23:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518181228 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 28 2021 21:23:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519073207 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 28, 2021 | Form ID: 137 | Total Noticed: 45 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Stephen M. Goldberg | on behalf of Debtor Dawn Marie Dimonde bk2notices@smgpc.com  bk2notices@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7