| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Stephen M. Goldberg, PC<br>917 North Washington Avenue<br>Green Brook, NJ 08812<br>(732) 752-8834<br>Stephen M. Goldberg, Esq. (SMG0478)<br>Attorney for the Debtor(s) | Order Filed on June 2, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>DAWN MARIE DIMONDE | Case No.: 19-12915<br>Chapter: 13<br>Judge: MBK |

**AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: June 2, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stephen M. Goldberg, Esq._____, the applicant, is allowed a fee of $ \_\_\_\_\_2,000.00\_\_\_\_\_ for services rendered and expenses in the amount of $_____ for a total of $_____2,000.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*