UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
52390
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Hyundai Capital America

Order Filed on June 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAWN MARIE DIMONDE

Case No.: 19-12915

Adv. No.:

Hearing Date: 4-6-21

Judge: MBK

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 16, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Dawn Marie Dimonde**
**19-12915(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Hyundai Capital America, with the appearance of Stephen M. Goldberg, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Hyundai Capital America is the holder of a first purchase money security interest encumbering a 2015 SUBARU IMPREZA bearing vehicle identification number JF1GPAC60F8207097 (hereinafter the "vehicle").

2. **Paying off the loan:**  The debtor shall pay off the loan with Hyundai Capital America by June 10, 2021. In the event the debtor fails to pay off the loan by that date, Hyundai Capital America shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

3. The debtor shall pay to Hyundai Capital America through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.