**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

52361
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services Inc., d/b/a GM Financial

Order Filed on June 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In Re:

DAWN MARIE DIMONDE

Case No.: 19-12915

Adv. No.:

Hearing Date: 4-6-21

Judge: MBK

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 16, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**Dawn Marie Dimonde**
**19-12915(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq, attorney for AmeriCredit Financial Services Inc., d/b/a GM Financial, with the appearance of Stephen Goldberg, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney and the non-filing co-debtor, Jose Muniz under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services Inc., d/b/a GM Financial is the holder of a first purchase money security interest encumbering a 2014 NISSAN MURANO bearing serial number JN8AZ1MW7EW526651 (hereinafter the"vehicle").

2. **Curing Arrears:** At the hearing the debtor was in arrears to GM Financial. The debtor shall cure all post-petition arrears by 4-10-21. If the debtor fails to cure arrears by that date, AmeriCredit Financial Services Inc., d/b/a GM Financial shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment with the Court and serving it upon the debtor and her attorney and the non-filing co-debtor.

3. After curing arrears, the debtor shall make all loan payments when due, being the 18TH day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services Inc., d/b/a GM Financial shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment with the Court and serving it upon the debtor and her attorney and the non-filing co-debtor, Jose Muniz.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. AmeriCredit Financial Services Inc., d/b/a GM Financial shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services Inc., d/b/a GM Financial shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and her attorney and the non-filing co-debtor.

5. The debtor shall pay to AmeriCredit Financial Services Inc., d/b/a GM Financial through the plan, a counsel fee of $538 which shall be paid by the Trustee as an administrative priority expense.

United States Bankruptcy Court

District of New Jersey

In re:  
Dawn Marie Dimonde  
    Debtor

Case No. 19-12915-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dawn Marie Dimonde, 125 Lake View Circle, Hawley, PA 18428-4004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
    docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.  
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.  
    on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Rebecca Ann Solarz  
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

Stephen M. Goldberg  
    on behalf of Debtor Dawn Marie Dimonde bk2notices@smgpc.com  bk2notices@gmail.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 16, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7