| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Dawn Marie Dimonde** | Case No.        **19-12915**<br><br>Chapter:        **13**<br><br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I,     **Dawn Marie Dimonde**    , debtor in this case certify as follows:

1.     All payments required to be made by me under my plan have been made and are paid in full.

2.     ☑     I am not required to pay domestic support obligations.

    ☐     I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:     **August 11, 2021**            **/s/ Dawn Marie Dimonde**
                                                  **Dawn Marie Dimonde**
                                                  Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**