| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| In Re: |

Case No.:   _____

Chapter:    _____

Judge:      _____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   _____
(Example: John Smith, creditor)

        Old address:   _____
                                  _____
                                  _____

        New address:   _____
                                    _____
                                    _____

        New phone no.:_____
        (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  _____        _____
                                                    Signature

*rev.2/1/16*